# UNITED STATES DISTRICT COURT

for the

## District of Massachusetts

Court Copy

Jerry Worlds & American Fair Gift Association, Inc )

   *Plaintiff* )

     v. )

 All Defendants Listed Below ET AL )

   *Defendants* )

2014 OCT 31 P 4:40

Civil Action No: **14-CV-40158**

COMPLAINT Amended

Parties 1-74 With Exhibit-A

1. The plaintiff Jerry Worlds is a resident of Worcester MA and citizen of the United States & American Fair Gift Association, Inc is a Business which is a Nonprofit Organization at 8 Coolidge Road Suite A Worcester, Massachusetts 01602.

| DEFENDANT | DEFENDANT | DEFENDANT | DEFENDANT |
|---|---|---|---|
| 2. Nancy Cahalen & Better Business Bureau 6 Park Avenue, Suite 100 Worcester, MA 01603 | 3. Just Dial, Inc. 101 Station Landing Medford, MA 02155 | 4. Masslive.com&The Republican 1860 Main St Springfield, MA 01103 | 5. Stephen Cox & Better Business Bureaus 3033 Wilson Blvd, Suite 60 Arlington, VA 22201 |

| DEFENDANT | DEFENDANT | DEFENDANT | DEFENDANT | DEFENDANT |
|---|---|---|---|---|
| 6. Find The Best Inc. 101-A Innovation Place Summerland CA 93108 | 7. Fox Television Stations, Inc. 25 FOX Drive Dedham, MA 02026 | 8.AOL Inc &aolyellow pages.com 22000 AOL Way Dulles VA 20166 | 9. GuideStar USA 4801 Courthouse Street Williamsburg VA 23188 | 10. Manta Media, Inc. 8760 Orion Pl Ste 200 Columbus, OH 43240 |

| DEFENDANT | DEFENDANT | DEFENDANT | DEFENDANT |
|---|---|---|---|
| 11. Bryan Do & Yellowpages.com LLC 2247 Northlake Parkway Tucker GA 30084 | 12. Yelp.com 21575 Ridgetop Cir Sterling, VA 20166 | 13. Nicholas Rufa & Digital Savvy, LLC 104 Thames Blvd Bergenfield NJ 07621 | 14. Lycos, Inc. & Ybrant Digital Limited 100 Fifth Ave Waltham MA 02451 |

| DEFENDANT | DEFENDANT | DEFENDANT | DEFENDANT |
|---|---|---|---|
| 15. Mike E Jackson & Urban Institute 2100 M St. NW Washington DC 20037-1207 | 16. Private Registrant & NonProfitStats.Com 417 Associated Rd #324 BREA, CA 92821 | 17. Bizapedia, LLC 3225 McLeod Dr Ste 100 Las Vegas, NV 89121 | 18.DomainsByProxy,LLCJustDial 14747 N. Northsight Blvd Ste 111 PMB 309 Scottsdale, AZ 85260 |

| DEFENDANT | DEFENDANT | DEFENDANT | DEFENDANT |
|---|---|---|---|
| 19. Mike Lanza&GreatNonprofits.org 695 Arkansas Street San Francisco CA 94107 | 20. Razoo LLC 1020 19th St NW, Suite 800 Washington, DC 20036 | 21. Lech Mazur & City-Data.com 1554 Stonegate Manor Mount Prospect, IL 60056-1075 | 22. Markmonitor 303 Second Street, Suite 800 N San Francisco, CA |

| DEFENDANT | DEFENDANT | DEFENDANT | DEFENDANT |
|---|---|---|---|
| 23. Alacra Business Support 15025 NW Rock Creek Rd Portland, OR 97231-2419 | 24. MerchantCircle & Reply Inc 12667 Alcosta Blvd San Ramon CA 94583 | 25. T L D s, LLC & pageinsider.com 13861 Sunrise Valley Dr Ste 300 Herndon, VA 20171 | 26. City Search 1500 Riveredge Pkwy NW Second Floor Atlanta, GA 30328-4642 |

| DEFENDANT | DEFENDANT | DEFENDANT | DEFENDANT |
|---|---|---|---|
| 27. Dun & Bradstreet Credibility Corp. Headquarters 22761 Pacific Coast Hwy #226 Malibu, CA 90265-5064 | 28. Mark Zuckergerg &Facebook 1601 Willow Rd BLDG Menlo Park CA 94025-1452 | 29. W F A A - TV 606 Young St Dallas, TX 75202-4810 | 30. AllPages.com 2705 Black Lake Place Suite 100 Philadelphia, PA 19154 |

**COMPLAINT PAGE 1 & PARTIES**

DEFENDANT
31. Jeffrey Garnek & Neustar, Inc.
21575 Ridgetop Cir
Sterling, VA 20166

DEFENDANT
32. ZIPSLOCAL.COM & PERFECT PRIVACY,
LLC 2808 Gran Bay Parkway
West Jacksonville FL 32258

DEFENDANT
33. WhitePages Inc Headquarters:
1301 5th Ave Ste 1600
Seattle, WA 98101-2625

DEFENDANT
34. Jason Wolfe & Gift Cards.
com LLC 495 Mansfield Ave
Pittsburgh PA 15205

DEFENDANT
35. Ray Melissa & Melissa Data Corporation
22382 Avenida Empresa Rancho
Santa Margarita, CA 92688

DEFENDANT
36. B2bbiz.com, Inc. &
b2byellowpages.com
PO Box 409
Syosset, NY 11791

DEFENDANT
37. Mapquest, Inc.
1555 Blake St Fl 3
Denver, CO 80202-186

DEFENDANT
38. Page Insider.com
2510 Channing Way #8
Berkeley CA 94704

DEFENDANT
39. Safe & Vault Masters
Paseo Del Norte #B,
Carlsbad, CA 92011

DEFENDANT
40. Company.com, corp
9860 Coleman Rd.
Roswell GA 30075

DEFENDANT
41. RICHARD MALLON-DAY &
Delval.biz 5 Great Valley Parkway
Malvern PA 19355

DEFENDANT
42. Carlos Corzo &Lurus Professional
Web Services 2473 West Spruce
Drive Chandler AZ 85248

DEFENDANT
43. ISHC.org
P.O. Box 6197
Denver CO 80206-0197

DEFENDANT
44. Charles Pollock & US Legal
Services, Inc. 655 South Main Street,
Suite 200-410 Orange, CA 92868

DEFENDANT
45. W F A A - TV
606 Young St
Dallas, TX 75202-4810

DEFENDANT
46. eNom, Inc & RIGHTSIDE GROUP, LTD
5808 Lake Washington Blvd NE Ste 300
Kirkland, WA 98033-7350

DEFENDANT
47. Dwight Ringdahl & Social
Terrain Inc. 127 Peachtree St NE
Ste 500 Atlanta, GA 30303-1826

DEFENDANT
48. Whoisguard Protected Inc &
Askives.com 11400 W Olympic Blvd Los
Angeles CA 90064

DEFENDANT
49. Gannett Publications aka USA
Today Headquarters: Nat'l Customer
Service Dept Mclean, VA 22102

DEFENDANT
50. Credit Score.com & Experian
Consumer Service 535 Anton Blvd
#100 Costa Mesa CA 92626

DEFENDANT
51. WFAA CHANNEL 8
1200 SUMMIT AVE
FORT WORTH, TX 76102

DEFENDANT
52. Switchboard LLC
1301 5th Ave Suite 160
Seattle WA 98101

DEFENDANT
53. NONPROFITSTATS.COM
417 ASSOCIATED RD #324
BREA CA 92821

DEFENDANT
54. Yext, Inc.
1 Madison Ave
New York, NY 10010

DEFENDANT
55. Pitney Bowes Inc.
Headquarters: 27 Waterview Dr
Shelton, CT 06484

DEFENDANT
56. Ray King & Peoplefinders.com
1821 Q St
Sacramento, CA 95811

DEFENDANT
57. AboutUs Inc
107 SE Washington St Ste 520
Portland, OR 97214-2205

DEFENDANT
58. Rick Rahim **The Online Business Bureau**
RR Holding 1629 K Street, NW, Suite #300
Washington, DC 20006

DEFENDANT
59. United States Postal Service
4 East Central Street
Worcester MA 01613

DEFENDANT
60. Terry Abruzzese &
**Yellow Book USA** Headquarters
2201 Renaissance Boulevard
King of Prussia, PA 19406

DEFENDANT
61. Gannett Media Technologies
International & USA Today
740 Duke Street,
Norfolk VA 23510

DEFENDANT
62. **Dreamhost LLC**
417 Associated Rd
Brea, CA 92821

DEFENDANT
63. **Localeze**
200 S Wacker Dr Ste 3550
Chicago, IL 60606-5862

DEFENDANT
64. Burton Knopff Righter Richard
Google, Inc. 1600 Amphitheatre Pkwy
Mountain View, CA 94043-1351

DEFENDANT
65. SOLFO Inc &
Yellowbot.com
PO Box 864
Burbank, CA 91503

DEFENDANT
66. **Super Media ETAL**
PO Box 619810Attn: Client
Care Dept, Regional Appeals
Dallas, TX 75261-9810

DEFENDANT
67. ChamberofCommerce.com
P O BOX 21787
Hilton Head SC 29925

DEFENDANT
68.Public DomainRegistry&cutestat.com
9450 SW Gemini Dr PMB 48732
Beaverton, OR 970087105

DEFENDANT
69. **1 & 1 Internet Inc**
701 Lee Road, Suite 300
Chesterbrook, PA 19087

DEFENDANT
70. **Univision Communications,
Inc** Headquarters:
605 3rd Ave., 12th Floor
New York, NY 10158

DEFENDANT
71. Pablo Melo &HUB.BIZ
CONNECORP LLC
700 Grand Ave #-14
Ridgefield NJ 07657

DEFENDANT
72. Domains By Proxy, LLC
&TaxExemptWorld.com 14747 N.
Northsight Blvd Ste 111 PMB 309
Scottsdale, AZ 85260

DEFENDANT
73. Wayne Yamamoto &
Charity Blossom
1001 Elwell Court
Palo Alto CA 94303

DEFENDANT
74. Court Lorenzini&Point.com Inc Lycos
Interactive Media 1325 4th Ave Ste 940
Seattle, WA 98101-2509

# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

| | | |
|---|---|---|
| Jerry Worlds & American Fair Gift Association, Inc | ) | |
| *Plaintiff* | ) | **2014 OCT 31 P 4:40** |
| v. | ) | Civil Action No. **14-CV-40158** |
| | ) | |
| All Defendants Listed ET AL | ) | |
| *Defendants* | ) | |

COMPLAINT PAGE 3.

STATEMENT OF FACTS

**Now Comes** the Plaintiff Jerry Worlds & American Fair Gift Association, Inc of 8 Coolidge Road Suite-A Worcester, MA 01602 in this complaint above and do give the statement of facts and evidence in this case. That all parties have conspired against Jerry Worlds & the American Fair Gift Association, Inc. an IRS approved Nonprofit Organization under 501 (c) 3 of the IRS Codes.

**Fact 1.** The Defendants in this case used the name of the American Fair Gift Association, Inc. to make money in fraudulent use of the name in advertising ("Gift Shops") which are the Defendants paying customers.

**Fact 2.** The evidence and facts will show that the Defendants with total disregard for the many request from I Jerry Worlds of the American Fair Gift Association, Inc. I Jerry Worlds had ask them to please stop using our Corporate name in open links on the internet pretending to be the American Fair Gift Association, Inc a 501 ( c ) 3 Nonprofit Organization approved by the Internal Revenue Service. The Better Business Bureau used its rating system against I Jerry Worlds and Corporation.

**Fact 3.** The whole case seems to be a conspiracy being that each Defendant is a member of the Better Business Bureau or known by the Better Business Bureau. Being so there is no doubt that the Defendants conspired against my Corporation.

**Fact 4.** I Jerry Worlds was contacted by the Internal Revenue Service in regards of the great number of links on the internet using the name American Fair Gift Association, Inc. The agent said if those links do not go to the American Fair Gift Association, Inc. web site the internal Revenue Service agent said remove them from the internet. The Internal Revenue Service agent said that no one has the right to use another Corporations name in an open link that is not the owner under the law. Each Defendant must show cause giving their rights to the use of the name American Fair Gift Association, Inc.

**Fact 5.** Each Defendant must show his or her State and Federal rights to use the name American Fair Gift Association, Inc. under the law. The Defendants must provide this information in the Defendants answer in this complaint giving all rights to the Defendants the use of the name American Fair Gift Association, Inc. under your States and Federal laws.

**Fact 6.** Each Defendant must give his or her State and Federal documentation giving each Defendant his or her State and Federal rights to use the name American Fair Gift Association, Inc. in open links in advertising the Plaintiffs Corporations as ("Gift Shops") or just giving Plaintiffs Corporations a bad name on the internet and give the amount of money made using the name over three years or more.

**Fact 7.** Each Defendant is given his or her on Exhibit-A identifying their charge in this case and must answer their charges based on the open link that they are using the name American Fair Gift Association, Inc. an IRS approved 501 ( c ) 3 Nonprofit Charity. This information must be given under ethical oath with the truth and nothing but the truth under the laws.

**Fact 8.** There are two Defendants Pitney Bows and the United Postal Service that are members of the Better Business Bureau or known by the BBB. These Defendants are being given their Exhibit-A identifying their charge in this case which they have done wrong to Jerry Worlds & the American Fair Gift Association, Inc. a 501 ( c ) 3 Nonprofit Charity under the IRS Code. These two Defendants must give an answer as to why they are conspiring against Jerry Worlds & the American Fair Gift Association, Inc. giving their reasoning for doing what they are doing to the Organization of Jerry Worlds. Pitney Bowes Charging Tax and Delivering mail and requesting .29 cents more on mail of receivers of the American Fair Gift Association, Inc. mail under an approved Organization by the U.S. Postal Service!

## COMPLAINT PAGE .4
### CONCLUSTION

[PDF] **Federal Law Suite 2014 - peoplefirst123.com**
www peoplefirst123 com/GuideStar-Inc-3 pdf ▾
Jul 5  2013 - Nonprofit Report for **AMERICAN FAIR GIFT ASSOCIATION INC**
http //guidestarinc com/organizations/45   /american-fair-gift-association.asp.



Norton blocked an attack by:
**Fake App Attack: Fake
Browser Update 2.**

View Details    **10-29-2014**

1. A warning of a Federal Law Suit is on the internet for the past three years (**"See Example"**). The evidence will show that out of 100 companies using the name American Fair Gift Association, Inc. 2 complied in stopping in the use of our Organizations name on the internet unauthorized. The evidence will show that this is a case of (**"conspiracy fraud cyber bullying and more"**).

2. Each Defendant must give a sworn statement of facts as too their reasoning for abusing Jerry Worlds & the American Fair Gift Association, Inc as to the use of our corporate name and to those not abiding to our agreement the U.S. Postal Service to deliver postage at a discount and Pitney Bows agreement not to pay service tax on a lease as a nonprofit 501 (c) 3 under the IRS Rules.

3. For each Defendant using the name the American Fair Gift Association, Inc in a live link going to their web site has 20 days to remove any and all links using our corporate name that is registered with the **State of Massachusetts. We are also registered with the Internal Revenue Service as a 501 (c) 3 509 (a) 2 Nonprofit Organization under the law.**

4. For each Defendant after the first 20 days if you have not removed your live links going to your web sites we will be requesting that each Defendant pay a $10,000 a day penalty for the miss use of our Organizations name.

5. Each Defendant must give an accounting of the past three years how much money they have made using the name the American Fair Gift Association, Inc in their advertising our corporate name in live links going to your web sites.

6. Jerry Worlds & the American Fair Gift Association, Inc demand damages in the amount of **$38 Million Dollars** and **Punitive Damages of $39 Million Dollars** this demand is based on the letters mailed to each Defendant over three years that will be submitted as evidence as to our request to each Defendant to remove your live links from the internet using our name.

7. Jerry Worlds & the American Fair Gift Association, Inc. Demand a trial by a Jury with supporting evidence to all the facts that all Defendants have committed (**"conspiracy fraud cyber bullying and more"**). That every Defendant has violated State and Federal Law against I Jerry Worlds & the American Fair Gift Association, Inc under the Laws prohibiting the use of our corporate name in your live links going to your web sites destroying our corporate name and making your company money.

8. **To all Defendants** see attached a copy of the American Fair Gift Association, Inc Internal Revenue Service letter of approval dated **May 16, 2014** given under the Rules and Regulations of the Charity Codes of the IRS real from **Date June 3, 2011**.

*Signature of the attorney or unrepresented party*

Jerry Worlds & American Fair Gift Association, Inc
*Printed name*

8 Coolidge Road Suite-A
Worcester, MA 01602

*Address*

ContactUs@AmericanFairGiftAssociation.org
*E-mail address*

508-612-2203
*Telephone number*

Date: **10/31/2014**

INTERNAL REVENUE SERVICE                           DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH   45201


Date:     MAR 1 6 2012              Employer Identification Number:
                                     45-2524753
                                    DLN:
                                     17053223320041
AMERICAN FAIR GIFT ASSOCIATION INC  Contact Person:
C/O JERRY WORLDS                     SANDRA MAK                  ID# 95023
8 COOLIDGE RD STE-A                 Contact Telephone Number:
WORCESTER, MA   01602                (877) 829-5500
                                    Accounting Period Ending:
                                     December 31
                                    Public Charity Status:
                                     509(a)(2)
                                    Form 990 Required:
                                     Yes
                                    Effective Date of Exemption:
                                     June 3, 2011
                                    Contribution Deductibility:
                                     Yes
                                    Addendum Applies:
                                     No


Dear Applicant:

We are pleased to inform you that upon review of your application for tax
exempt status we have determined that you are exempt from Federal income tax
under section 501(c)(3) of the Internal Revenue Code.  Contributions to you are
deductible under section 170 of the Code.  You are also qualified to receive
tax deductible bequests, devises, transfers or gifts under section 2055, 2106
or 2522 of the Code.  Because this letter could help resolve any questions
regarding your exempt status, you should keep it in your permanent records.

Organizations exempt under section 501(c)(3) of the Code are further classified
as either public charities or private foundations.  We determined that you are
a public charity under the Code section(s) listed in the heading of this
letter.

Please see enclosed Publication 4221-PC, Compliance Guide for 501(c)(3) Public
Charities, for some helpful information about your responsibilities as an
exempt organization.

                              Sincerely,

                              Lois G. Lerner
                              Director, Exempt Organizations


Enclosure:   Publication 4221-PC


                                                  Letter  947 (DO/CG)